**Order entered July 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00125-CV

## JAMES SCOTT MUNRO, AUDREY PEREZ, AND INTRINSIC CAPITAL CORP., Appellants

## V.

## AMANDIP JAGPAL, HARPREET HAYER, AND WALTER PARIS, Appellees

### On Appeal from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-00924-2017

### ORDER

Before the Court is appellants' July 14, 2021 second unopposed motion for extension of time to file their briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than August 23, 2021. Because the briefs were first due June 24, 2021, we caution that further extension requests will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE